## Will KNIGHT v. STATE.
### No. 16328.

Court of Criminal Appeals of Texas.
Jan. 3, 1934.

M. E. Gates, of Huntsville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for possessing intoxicating liquor for purposes of sale; punishment, one year and one day in the penitentiary.

We find in the record neither statement of facts nor bills of exception. All matters of procedure appearing regular, the judgment will be affirmed.